# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JOSE GONZALES CAMPOS ET AL** | **CASE NO. 2:21-CV-03923** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ZURICH AMERICAN INSURANCE CO ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** for failure to prosecute and follow the orders of the court.

**THUS DONE AND SIGNED** in Chambers on the 16th day of August, 2023.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**